BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

§
§
**Chief Supply Corporation** §
§ Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **March 19, 2020**

**Ross Gatlin/Chief Executive Officer**
Signer/Title

Date: **March 19, 2020**

Signature of Attorney
**Joshua N. Eppich 24050567**
**Bonds Ellis Eppich Schafer Jones LLP**
**420 Throckmorton, Suite 1000**
**Fort Worth, TX 76102**
**8174056900**

**93-1241209**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

221b Tactical
250 W 40th ST FL 3
New York, NY 10018-1742


5.11 Tactical
62789 Collection Center DR
Chicago, IL 60693-0627


AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA, GA 31193-5003


Aaron Kumferman
N6392 Valley Cirlce RD
Plainfield, WI 54966


aaron turner
1777 South Country Club Road 208
Decatur, IL 62521


Abdil Tom
62 Southgate Blvd St L
New Castle, DE 19720


Abdiraim Sinani
6804 Northeast 79th Court
Portland, OR 97218


Abdullah Khalik
18 Boulden CIR STE 2
New Castle, DE 19720-3494


Adam Bailey
309 W Wind Trl
Avilla, IN 46710

Adam Minix
2075 w. South country lane
Knox, IN 46534


Adam Simon
295 Newport Way Southwest  Apt C
Issaquah, WA 98027


adam wong
11535 K-Tel Drive  Suite 4134
Minnetonka, MN 55343


Alabama Dept of Revenue
50 N. Ripley St.
Montgomery, AL 36130


Alabama-Coushatta Tribe
571 State Park Rd 56
Livington, TX 77351


Alan Chu
316 Garden View Square
Rockville, MD 20850


Alanda McCurdy
143 Abigail Trail
Springville, AL 35146


Alcott richardson
8356 NW 68th ST AEB-2654-2018
MIAMI, FL 33166


Aleksandr Vygon
90-60 Union Turnpike  9b
Queens, NY 11385

Alex Gresham
3678 Cherokee Dr
Lima, OH 45807


Alex Le
241 N Lake St , Apt 505
Los Angeles, CA 90026


Alex Leone
123B Oakland Ave
Audubon, NJ 08106-2337


Alex Martin
8757 Satterlee Road
Greenville, MI 48838


Alexander Arif
3501 Jack Northrop Ave St PR497
Hawthorne, CA 90250


Allbritton
810 West Robinson Street
Norman, OK 73069


Allen
1036 Timbers Drive
Fort Meade, FL 33841


Allen Red Hat
408 N. Cedar
Seiling, OK 73663


Alliance Mercantile, Inc
4620 Campus PL Ste 200
Mukilteo, WA 98275-5307

Amarillo College
PO Box 447
Amarillo, TX 79178-0001


Amber Stover
709 North Grant Street
Lexington, NE 68850


Ambu Inc
PO Box 347818
Pittsburgh, PA 15251-4818


American Firewear
7976 Collections Center DR
Chicago, IL 60693-0001


American Trade Mark Co.
2 Bohnert Place
Waldwick, NJ 07463


Amy Speach
8435 Loop Road
Baldwinsville, NY 13027


Anchor Industries
PO Box 7105
Indianapolis, IN 46207-7105


Andre Massey
1748 Paris Avenue
Port Royal, SC 29935


Andrew Conti Jr
133 Huber Street
Secaucus, NJ 07094

Andrew Dalstrom
9 Ash Court
Beech Grove, IN 46107


Andrew Rayburn
4088 Netherland St
Denver, CO 80249


Andrew Vanderpoel
64 Howland Avenue
Kingston, NY 12401


Andy Pavolka
6067 N 750 E
New Carlisle, IN 46552


Andy Wood
72 Roy Street
Swampscott, MA 01907


ANGELA KOMAR
14200 Amargosa Road
Victorville, CA 92392


ANGIE TSOURIS
3703 Industrial Road
Pascagoula, MS 39581


Annette Vitale, Nupla corporation LLC
29 E. Madison St


Ansell Healthcare Products LLC
Dept CH 17373
Palatine, IL 60055-7373

```
Antonio Jarrin
8601 NW 35TH ST , Apt 4
Coral Springs, FL 33065


Apollo Video Technology
Apollo Bldg Ste 201  24000 35th Ave SE
Bothell, WA 98021-8990


Apt 3,,,Pahrump,NV,89048,,,,,,,,,,61.90



Apt. 9117,,,Springfield,OH,45504,,,,,,,,



Arrow Environmental Services
PO Box 600730
Jacksonville, FL 32260-0730


Asmaran Paul
6515 Cecilia Cir #15343
Minneapolis, MN 55439


ASP
Box 88393
Milwaukee, WI 53288-0001


Assembled Products
115 E Linden
Rogers, AR 72756


AT & T 5197479
PO Box 5091
CAROL STREAM, IL 60197-5091
```

```
AT&T 171-792-1591 023
PO BOX 5019
CAROL STREAM, IL 60197-5019


AT&T 287252224278 MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


AT&T 616-957-3492 8744
PO BOX 5080
CAROL STREAM, IL 60197-5080


AT&T 704-509-1893 001 3193
PO BOX 105262
ATLANTA, GA 30348-5262


AT&T 704-509-5227 001 3191
PO BOX 105262
ATLANTA, GA 30348-5262


AT&T 8002-779-9891
PO BOX 5019
CAROL STREAM, IL 60197-5019


AT&T 831-000-6039 542
PO BOX 5019
CAROL STREAM, IL 60197-5019


AT&T 831-000-6039 582
PO BOX 5019
CAROL STREAM, IL 60197-5091


AT&T ANRCSC
PO BOX 5091
CAROL STREAM, IL 60197-5091
```

Atlanco, LLC
PO Box 746267
Atlanta, GA 30374-6267

Attn Accts Payable
PO Box 88741
Chicago, IL 60680-1741

Austin Bennett
1524 Deerfield Circle
Roseville, CA 95747

B & B Fire Equipment Llc
3107 Ocean Gtwy
Cambridge, MD 21613-3408

B Flores, Ariel
2250 Monroe Street #336
Santa Clara, CA 95050

Badrun Asnawi
1510 Goodpasture Island Road
Eugene, OR 97401

Barney Munhollon
308 N. Estes
Nixa, MO 65714

BART KNOCH
794 Mill Hill Road
Richmond Hill, GA 31324

Bates Uniform Footwear
9341 Courtland DR
Rockford, MI 49351

Batteries Plus Bulbs #211
420 Coburg Rd
Eugene, OR 97401


Beatriz Leon
15770 Avenida De Calma
Moreno Valley, CA 92555


Belleville Shoe Mfg Company
PO Box 205157
Dallas, TX 75320-0001


Benjamin Barker
95 Mayhill Street
Saddle Brook, NJ 07663


Berlin Fire Marshal''s Offc.
240 Kensington RD
Berlin, CT 06037-2655


Bethany Smith
2100 E. Grand Ave., First Floor
El Segundo, CA 90245


Big Sky Racks Inc
25-A Shawnee Way
Bozeman, MT 59715


Bill Furlow
2413 Claremont Drive
Falls Church, VA 22043


Blackhawk / Bushnell / Uncle Mikes
9200 Cody ST
Overland Park, KS 66214-1734

Blaine Verbanac
8001 North Montana Ave
Helena, MT 59601


BLM - LAW ENFORCEMENT
4701 BLM Rd
Ankorage, AK 99507


Bluecaffe
4995 Reynolda RD
Winston Salem, NC 27106-9643


BOB WILLIAMSON
1207 West 7th Street
Sheridan, AR 72150


Bobby Linder
10806 Walden Ferry Road
Greenwood, LA 71033


Brad Butterfield
44 Pack Road
Hendersonville, NC 28792


Bradley Newman
377 Diamond Grove Road
Beech Bluff, TN 38313


Brandon Amory
0
Tiffin, OH


Brandon Francis
6668 South Early Dawn Drive
West Jordan, UT 84081

Brandon Kaminsky
30-85 23rd Street
Queens, NY 11102


Brent Friedmand
15820 Knoll Trail Dr Apt 632
Dallas, TX 75248


Brent Savage
11321 Cuervo Way
Atascadero, CA 93422


Brent Underwood
216 Sherman Pines Drive
Fuquay-Varina, NC 27526


Brett Rampone
62 Abney Cir
Charleston, WV 25314


Brian Cooley
203 Midshipman Circle
Stafford, VA 22554


Brian Haley
314 N Jefferson
St. Louis, MO 63103


Brian McConkey
777 S Figueroa St Ste 3200
Los Angeles, CA 90017


Brian Oljey
0
Sandown, NH 03873

Brian Wolske
2417 Sweetwater Lane
Cedar Park, TX 78613


Brice Bell
5127 Fairway Dr
San Angelo, TX 76904


Briova ATTN: Ken Marsh
1050 Patrol Road
Jeffersonville, IN 47130


Brooks Equipment Company
PO Box 60594
Charlotte, NC 28260-0594


Broome CSO
155 Lt. Vanwinkle dr
BING, NY 13905-2047


Brown, Bradley
4789 County RD 24 3/4
Firestone, CO 80504


Bruce Kieffaber
6102 Madison Avenue
Rowlett, TX 75089


Bruce Vernal
3808 Shipman cir
Nampa, ID 83686


Bruna De Oliveira
67 Sea Street, 6B
HYANNIS, MA 02601-4463

Bryan Johnson
3830 Pilot Knob Road
Eagan, MN 55122

Bud Baldwin
0
Lumberton, NC 28358-1872

Burwell, Annie
301 SE Inner Loop, Suite 106
Georgetown, TX 78626

Byron Walton
4445 Gulf Frwy
Houston, TX 77023

C & S Supply
3842 Redman DR
Fort Collins, CO 80524-9235

C&G Holsters
160 York DR
Natrona Heights, PA 15065-1946

Cade Liles
5010 Cypress Drive
Blytheville, AR 72315

Cal Chetakian
1720 N Community Drive Apt 104
Anaheim, CA 92806

Calumet - Safety Burroughs
Calumet Safety - 3333 Midway Avenue
Shreveport, LA 71109

Camelbak Products LLC
PO Box 734148
Chicago, IL 60673-4148

Cameron Price
1762 South 875 East
Mill Creek, IN 46365

Carl Brewer
812 West Comanche Street
Norman, OK 73069

Carlos Castro
8 Guernsey Drive
New Windsor, NY 12553

Carlos Mares
1440 Ogallala Street

Carol Bounds
10555 N Horseshoe Bend Rd Apt 22
Garden City, ID 83714

Carrboro PD
100 N GREENSBORO ST
CARRBORO, NC 27510

CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255

Certified Safety Manufacturing
PO Box 802803
Kansas City, MO 64180-2803

Chad Karlin
5655 College Avenue Suite 201
Oakland, CA 94618


Chad Scott
3814 NE156th Avenue
Gainesville, FL 32609


Chaniece Jones
2556 Colden Avenue
Bronx, NY 10469


Charles Davis
8301 Bay Parkway Apt 202
Brooklyn, NY 11214


Charles Startt
22245 Tolchester Beach Road
Chestertown, MD 21620


Chief Thomas Perry
101 S. Main Courthouse
Taylorville, IL 62568


chris eberly
2707 Haversham Court
Charlotte, NC 28216


chris liguari
1 south 621 monerey
oakbrook terrace, IL 60181


Christian Compton
2058 Tecumseh Rd.
MANHATTAN, KS 66502

CHRISTINA GITTINS
3409 SW 28TH ST
REDMOND, OR 97756-7567


Christopher Burns
6636 Weeping Pine St
Las Vegas, NV 89149


Christopher Canty
2967 NE 42nd Ave
Homestead, FL 33033


christopher Decker
1436B Chanute PL SW
washington, DC 20032


Christopher Howard
10 Mill Trace Road
Youngstown, OH 44511


Christopher Yager
45 Grieme Avenue
Amsterdam, NY 12010


Cid Resources
601 S Royal LN Ste 100
Coppell, TX 75019-3805


Cindy Yearick
2654 Rackum Rd
Thorn Hill, TN 37881


City of Marianna William Pippenger
35 S. Poplar St
Marianna, AR 72360

City of Pharr Public Safety Communicatio
118 S Cage Blvd FL 3
Pharr, TX 78577-4810


City OF Tampa Police Dept
116 S 34TH STREET
Tampa, FL 33605


Clarence McCall
6078 Waterford Ln
Sorrento, LA 70778


Clark Simon
177 Park Avenue Suite 200
San Jose, CA 95113


Clayton Hedrick
699 Evergreen Circle
Poca, WV 25159


Clesha Nelson
16193 Orion Ave.
Chino, CA 91708


CLOCK LLC (Butterfly)
171 Westpoint Harbor Drive
Redwood City, CA 94063


CMC Rescue Inc
PO Box 6870
Santa Barbara, CA 93160-6870


CMI, Inc
316 E 9th ST
Owensboro, KY 42303-3511

Coaxsher
50 Chestnut ST, PO Box 2131
Wenatchee, WA 98807-2131


Cobb County Police
1596 County Services Pkwy SW
Marietta, GA 30008


Code 3
P O Box 74007415
Chicago, IL 60674-7415


Colorado Div of Wildlife
6060 Broadway
Denver, CO 80216


colton phelps
403 Temple Drive
Vacaville, CA 95687


Computer Sciences Corporation Tribridge
PO Box 829848
Philadelphia, PA 19182-9848


Congaree National Park
100 National Park RD
Hopkins, SC 29061-8320


Conner Thames
1913 Garon Drive
Mandeville, LA 70448


Coolcop Inc
8020 Settlers PL
Paso Robles, CA 93446-6335

Cortina Safety Products
10706 Grand Ave
Franklin Park, IL 60131-2215


Cory Thompson
1940 Country Estates Ct
Foristell, MO 63348


Courtney Chastain
1019 W Deer Creek Dr
Brazil, IN 47834


Courtney Housley
401 Old Pleasant Grove Rd
Mount Juliet, TN 37122


Cpl. Orrin Hawkins
2530 Maria Louise Lane
Cape Girardeau, MO 63701


Craig Brotheim
16272 Horizon Road
North Fort Myers, FL 33917


Craig Butt
450 Al Henderson Bld,
Savannah, GA 31419


Cramer Decker Ind/meret Usa
940 SOUTH COAST DRIVE
COSTA MESA, CA 92626


CRANBROOK FIRE DEPARTMENT
2503 2ND STREET SOUTH
CRANBROOK BC V1C 1E3  Canada, 0

Credit Department
9 Townsend West
Nashua, NH 03063


CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264-1173


CTS-Thompson
PO Box 6206
Hermitage, PA 16148-0923


Cust Serv #2  Bullard Dept 781209
P O Box 78000
Detroit, MI 48278-1209


D Thompson
2100 Ivey Road
Chapel Hill, NC 27516


D.M. Johnson
5617 Winchester Place
Lithonia, GA 30038


Dae-Young Lim
Kwangjangro 2
Sasang-Gu KR-26 46971 Korea, Republic of, 0


Dakota Germer
3451 Riva Ridge Place , E207
Fort Collins, CO 80526


Dale Lewis
1419 DESERT WILLOW DR.
Carlsbad, NM 88220

Damascus Worldwide, Inc.
PO Box 706
Barre, VT 05641-0706


Damon Deaverlarue
4626C Capelin Drive
Silverdale, WA 98315


Dan Laubscher
2161 Scenicpark Street
Thousand Oaks, CA 91362


Dana Safety
4809 KOGER BLVD
GREENSBORO, NC 27407


Danbury FD
6010 5th St
Danbury, TX 77534-9800


Daniel Adams
3188 Williston Way
El Dorado Hills, CA 95762


Daniel Bueschel
7534 West 109th Place
Worth, IL 60482


Daniel DeLima
14454 Barley Field Dr
Wimauma, FL 33598


Daniel Dombrock
2105 HIGHLAND VIEW AVE S
Burnsville, MN 55337

Daniel Fernando
3695 Green Rd
Beachwood, OH 44122


Daniel Kane
3920 River View DR
Vestavia, AL 35243


Daniel Peterson
307 river bluff drive
woodstock, GA 30188


Daniel Ross
1300 Pennsylvania Ave
Oreland, PA 19075


Danilo Bajagic
44 Maryland Avenue
Rockville, MD 20850


Danny McKibben
232 Magnolia Ave
Somerset, KY 42503


Dave Almstead
6316 Matchett Road
Pine Castle, FL 32809


David Barnette
108 Seminole Pass
Hallsville, TX 75650


David Bissonnette
PO Box 935
Bristol, RI 02809

David Crandall
0
Statesville, NC


David Hines
16410 27 MILE RD
RAY, MI 48096


David Holt
0
Carlsbad, CA 92011


David Knisley
1224 Rose Galaxy Landing
Virginia Beach, VA 23456


David Lim
12161 Kristina Lane
Tucson, AZ 85735


David McComish
17 Mallison Falls Road
Windham, ME 04062


David Newkirk
1322 Chelton Dr.
Kent, OH 44240


David Rissell
1816 S Ridge Dr
Valrico, FL 33594


David Stromer
1720 Cardinal Court
Garner, IA 50438

David Torres
1006 Central Avenue
Lindenwold, NJ 08021

David Wheeler
22830 Foresthill Rd.
Foresthill, CA 95631

Dawn Talbott
1500 Court Street  Rm 206
Redding, CA 96001

Debra DiMaggio
1660 N La Salle Drive , Unit 2102
Chicago, IL 60614

Dennis Arneson - Debbie
PO Box 7247-0244
Philadelphia, PA 19170-0001

Dennis Sims
2360 New Natchitoches Road
West Monroe, LA 71292

Derek Amwake
486 South Black Horse Pike , B107
Blackwood, NJ 08012

Derek Dravis
1243 Norway Pine Circle
New Richmond, WI 54017

Derek Hall
4083 E. Lambeth Pl.
Queen Creek, AZ 85140

Derek Kenney
175 Adams St
Fairhaven, MA 02719


Derek Reeves
408 Westmoreland st
Belle Vernon, PA 15012


Derek Rogers
13219 Briar Hollow Drive
Austin, TX 78729


Derrick Strong
11405 S Lothair Avenue
Chicago, IL 60643


Desert Haven
19300 Sebastian Ave
EL Paso, TX 79938-8199


Devin Cummings
105 Betty Jane Court
Pittsburgh, PA 15235


Di Lisio
3145 Cedar Mountain Road
Divide, CO 80814


Diana Zanetti
17891 lincoln
Rosevilli, MI 48066


Dicke Tool Company
36438 Treasury Center
Chicago, IL 60694-6400

Dickies Mfg CO
509 W Vickery Blvd
Fort Worth, TX 76104-1110

Divine Diabe
0
Upper Marlboro, MD 20772

Dodge CO Corrections
428 N Broad ST
Fremont, NE 68025-4962

Don Menk
18861 harborside blvd
montgomery, TX 77356

Donahue
2452 Timber Wood ct.
Joliet, IL 60432

Donald Reay
20 Gettysburg Drive
Bartonville, IL 61607

Douglas Kovac
482 Tanner Way
Lansdale, PA 19446

Downtown Center Business Improvement Dis
600 Wilshire Blvd
Los Angeles, CA 90017

Draeger Safety Diagnostics Inc
PO Box 13369
Newark, NJ 07101-3369

Dragon Fire Gloves
8243 Hampton Bluff Ter
Chesterfield, VA 23832-2036


Dugan Smith
508 E 2nd st.
Yankton, SD 57078


DUKE ENERGY 1321264133
PO BOX 70515
CHARLOTTE, NC 28272-0515


DUKE ENERGY 1968079979
PO BOX 70515
CHARLOTTE, NC 28272-0515


durelle ferguson
3331 West Juneau Avenue
Milwaukee, WI 53208


Dustin Gulley
15 Fairfax Dr.
Harrisburg, IL 62946


Dustin Johnson
801 Arcadia Boulevard
Englewood, OH 45322


Dutyman, Inc
PO Box 39  6460 Camino Real
Maxwell, TX 78656


Dwight Mann
11918 Bridal Lane
Arlington, TN 38002

Dynarex Corporation
10 Glenshaw ST
Orangeburg, NY 10962-1207


Earhugger Safety Products
3424 W 2400 S Ste A
Salt Lake City, UT 84119-1157


Earthbound, Inc.
1116 Plainfield Ave NE
Grand Rapids, MI 49503-1057


Ed Baker
PO box 221
West hamlin, WV 25571


Edward Adams
0
Oxford, ME 04270


Edward Essegian
1256 Divisadero St
Fresno, CA 93721


EDWARD REYNA
176 OTTO CIRCLE
SACRAMENTO, CA 95822


Edward Walton
96 south 2nd street
Mount wolf, PA 17347


ehka mantya
6515 cecilia cir #17179
minneapolis, MN 55439

```
ELIZABETH Since
62 Merlham Drive
Madison, WI 53705


Emergency Rapid Response Team HG2 Lighti
477 North Semoran Boulevard
Orlando, FL 32807


Emmanuel Cordova
2537 Avenida Florencia
Brownsville, TX 78526


Empire Scientific Inc
4504 E Hillsborough Ave
Tampa, FL 33610-5249


ENCON
4951 E. ADAMO DRIVE, SUITE 16
TAMPA, FL 33605


Enea Pisciani
Via Paradiso 3
Bellinzona  6500 Switzerland, 0


Enoch Jones
261 Hills Chapel Rd
Falkville, AL 35622


Eric Henderson
2748 Midway Avenue
Grants Pass, OR 97527


Eric Jensen
131 Mill Road
Saddle River, NJ 07458
```

Eric Stanton
127 Vinee Ct.
Jackson, MS 39212


Eric Surber
394 Keegan Court
Burlington, KY 41005


Eric Turner
1311 State Street
Algonac, MI 48001


Ernest Veil
101 M Street SW
Washington, DC 20024


Esmet/tufloc Inc
PO Box 9238
Canton, OH 44711-9238


Ethel Fire Dept
3814 Turner Road
Ethel, LA 70730


EUGENE WATER & ELECTRIC BOARD
PO BOX 35192
SEATTLE, WA 98124-5192


Eugene Zahara
23662 Millville Way
Millville, CA 96062


Evan Lagess
Covanta Energy
Agawam, MA 01001-2043

Evelia Contreras
1364 East 20th Street
Los Angeles, CA 90011


Everett Murray
115 West Dover Street
Easton, MD 21601


Eye Safety Systems
PO Box 1017
Sun Valley, ID 83353-1017


Fabien GORGUES
63 Rue du 19 Janvier
GARCHES  92380 France, 0


Fallin
285 Langford Street
Berlin, GA 31722


Farley, Carey
605 Heady Road
Sparta, TN 38583


Faustino Costa
420 Wheaton Road
Union, NJ 07083


Federal Signal
75 REMITTANCE DRIVE  SUITE 3257
CHICAGO, IL 60675


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA 15251-2125


FENIKA Enosa
1863 Park Circle
Marysville, CA 95901


Fenstermacher, Ernest
508 2nd Street


Fernando Gomez
2010 Bunyan Road
Susanville, CA 96130


FESS FIRE PROTECTION
PO BOX 1307
MORRISVILLE, NC 27560


Fieldtex Products, Inc
3055 Brighton Henrietta Town Line RD # R
Rochester, NY 14623-2749


Figueroa, Stacy
12820 Grovehurst Ave
Winter Garden, FL 34787-6519


Fire and Rescue Equipment LLC
932 Briar Avenue
Toms River, NJ 08753


Fire-Dex Inc , Dept 781422
PO Box 78000
Detroit, MI 48278-1422

Fire-Dex, LLC (TECGEN)
780 S Progress DR
Medina, OH 44256-1368


Firequip
PO Box 2598
Burlington, NC 27216-2598


First Ladies National Historic Site
205 Market Ave S
Canton, OH 44702


Fitzgerald, Brian
10606 S. Moody Ave
Chicago Ridge, IL 60415


Florida Dept of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399


Fox Fury Llc
3528 Seagate Way Ste 100
Oceanside, CA 92056-6040


Fox Labs International
310 Church ST
Mount Clemens, MI 48043-2125


Frank Bastone jr
1358 Armstrong rd
Belmont, NC 28012


FREDDIE PEREZ
1270 GERARD AVE 6G
BRONX, NY 10452

Galesburg PD
150 S Broad ST
Galesburg, IL 61401


Gamber-Johnson
3001 Borham Ave
Stevens Point, WI 54481


Gardner Police Department
16540 N Moonlight Rd
Gardner, KS 66030


Garrett Metal Detectors
1881 West State Street
Garland, TX 75042


Gary Donobedian
PO Box 2004
Waldport, OR 97394


GARY THOMSON
241 Cornwell Avenue
Malverne, NY 11565


Geo Group Big Spring Facility
2100 Rickabaugh Drive
Big Spring, TX 79720-7821


George Bodine
FCI Otisville 2 Mile Drive
Otisville, NY 10963


George L. Lopez
8101 Pelican Harbour Dr
Lake Worth, FL 33467

George McKinzie
313 S.E. 10th.
Pryor, OK 74361


George Norris
4200 E. Pine Lodge Road
Roswell, NM 88201


Georgetown Fd/ Georgetown Fleet Services
117 N Kaminski ST
Georgetown, SC 29440-3143


Georgia Dept of Revenue
1800 Century Blvd, NE
Atlanta, GA 30345


gerardo guajardo
1044 Miami Avenue
Clovis, CA 93611


Gerber Gear
PO Box 802587
Chicago, IL 60680-2587


Glenda Baker
64 County Road 500 North
Thompsonville, IL 62890


GO Rhino! Product
589 Apollo ST
Brea, CA 92821-3127


GOOGLE LLC , DEPT. 33654
PO BOX 39000
SAN FRANCISCO, CA 94139

Gould & Goodrich Leather Inc
709 E Mcneill ST
Lillington, NC 27546-9188


Grand Saline Police Dept
113 N Green St
Grand Saline, TX 75140


Graystone Partners, LLC
5151 N Oracle Rd, Suite 209
Tucson, AZ 85704


Great American Group Advisory & Valuatio
21255 Burbank Blvd
Woodland Hills, CA 91367


Greg Antor
819 Sheffield Street
Hampton, VA 23666


Greg Bogosian
6 Elm Court
Andover, MA 01810


Greg Metzger
905 E Fairview Ave
South Bend, IN 46614


Gregory Butler
9732 Pyramid Way
Sparks, NV 89441


Gregory L Mulvey
7920 Rufus Court
San Diego, CA 92129

Guardian Angel
17585 W. North Avenue , Suite 150
Brookfield, WI 53045


Gurley Police Dept
235 WALKER ST.
GURLEY, AL 35748


Gurvinder Singh
11 Magenta St
Hicksville, NY 11801


H Marquez
1500 Carrington Park Circle
Morrisville, NC 27560


Haix North American
2320 Fortune DR Ste 120
Lexington, KY 40509-4117


Hamburger Woolen Co.
23 Denton Ave , PO Box 796
New Hyde Park, NY 11040


Harrison Buberniak
9836 Pamela Drive
Temperance, MI 48182


HARVEY & PRICE
PO BOX 1910
EUGENE, OR 97440


Havis
75 Jacksonville RD
Warminster, PA 18974-4803

HEDRICK GARDNER KINCHELOE & GAROFALO LLP
P O BOX 30397
CHARLOTTE, NC 28230


heidi solazzo
27 North Ferwood Road
Pulaski, NY 13142


helen tobin
770 South Burke Avenue
connell, WA 99326


Helena Volunteer Fire Dept - Steven Wils
1535 County Rt 53
Brasher Falls, NY 13613


HERLOCKER MECHANICAL SYSTEMS
12600 DOWNS ROAD
PINEVILLE, NC 28134


Hero Wipes
4651 Schaefer Ave
Chino, CA 91710-5542


Hero's Pride Emblem Enterprises
PO Box 10033
van Nuys, CA 91410


High Speed Gear
87 Old Hammock RD
Swansboro, NC 28584-8661


Holland, Charles E
43 Muscadine Trl
Taylorsville, NC 28681-4323

Holly Cantrell
0
Morton, WA 98356

Hollye Carpenter
0
MacHipongo, VA

Honeywell Safety Products
900 Douglas Pike
Smithfield, RI 02917-1879

Hood County Sheriffs Office
400 Deputy Larry Miller DR
Granbury, TX 76048-1876

Humane Restraint Company Inc
912 Bethel Circle
Waunakee, WI 53597

Husky Portable Containment
PO Box 3404
Bartlesville, OK 74006-3404

Hutchins, Beverly
8610 Broadway St. Suite 400
San Antonio, TX 78217

HWI Gear, Inc.
1156 S Bannock ST
Denver, CO 80223-3226

Ian Jewett
1959 S Power Rd 103-135
Mesa, AZ 85206

Illinois Department of Revenue
101 West Jefferson St
Springfield, IL 62702


ILMI BOJKOVIC
30 Livngston Avenue
Dover, NJ 07801


Indiana Department of Revenue
100 N. Senate IGCN Rm N105
Indianapolis, IN 46204


INFOTRAC
200 NORTH PALMETTO ST
LEESBURG, FL 34748


Irina Povitskaya
600 Centerpoint Blvd
New Castle, DE 19720


Island Alliance
408 Atlantic Ave
Boston, MA 02110-3349


IT Consulting
39817 North Messner Way
Anthem, AZ 85086


Ivan Shulha
10620 Northeast 17th Street
Bellevue, WA 98004


J C Higgins JR
0
East Brunswick, NJ

J.l. Darling Llc
2614 Pacific Hwy E
Tacoma, WA 98424-1001


Jackson Walker LLP
P O Box 130989
Dallas, TX 75313-0989


Jacob Betzold
5335 Fulton Street
Phoenix, AZ 85043


Jacob Cook
5179 Crater Lake Hwy
Central Point, OR 97502


JACY CROFT
8085 GLENWOOD DRIVE
BURNABY, BC V3N5C8


Jaime Alfaro
0
Hemet, CA 92543


Jake Miller
48 Quail Ridge Drive
Atascadero, CA 93422


Jake Noltze
6800 Correctionville Road
Sioux City, IA 51106


Jake Waryu
176 Westchester Drive
Amherst, OH 44001

James Barreto
160 Summerton Cir
E Stroudsburg., PA 18301


James Esparza
1288 West J Street
Oakdale, CA 95361


James Hardy
9 Parkside Blvd
Port Wentworth, GA 31407


James Heck
8509 NE 105th Ter
Kansas City, MO 64157


James Hundley
680 S 4TH ST
Louisville, KY 40202-2407


James Narramore
225 College Park DR
Weatherford, TX 76086-6265


james newcomb
1315 Como St , Apt A
Carson city, NV 89701-4475


James Raimo
1000 Hall of Fame Ave
Springfield, MA 01105


James Rarick
203 Cedar Grove Rd.
Selkirk, NY 12158

James Shipley
612 Mountain Pass Lane 876
Knoxville, TN 37923

James Song
1720 Gold Dust Street
Glendora, CA 91740

James Vaughn
4105 53rd Avenue
Bettendorf, IA 52722

Jamie Logmann
72343 Manor Street
Covington, LA 70435

Jamie Reinholt
900 Old Red Trail
Mandan, ND 58554

Jared Curtis
P.O. Box 312
Jasper, AR 72641

Jared Hogan
40090 Jaylene Street
Murrieta, CA 92563

Jase Gallagher
367 Paradise Trail
Guyton, GA 31312

Jason Bowman
677 Refugee Rd SE
Hebron, OH 43025

Jason Crawford
125 Olequa Drive
Vader, WA 98593


Jason French
108 Meadow Lane
Labadie, MO 63055


Jason Tharp
8523 E. Northbelt Dr
Humble, TX 77396


Javier carruyo
5585 NW 72nd Ave 49909
Miami, FL 33195


Javier Garcia
5010 Southwest 148th Terrace
Davie, FL 33331


Jeanette Bird
10 Ship Street Gardens
Brighton  BN1 1AJ United Kingdom


Jeff Estes
0
Paragould, AR 72450


Jeffrey Taylor
100 Fairview St  Apt L
MARSHALL, TX 75672


JENNIFER COLLIER
407 East Washington Avenue
Walters, OK 73572

Jennifer Narvaes
12442 Paseo Rojo Dr
El Paso, TX 79928


Jennifer Walton
165 American Way
Jefferson, NC 28640


JEREMY ROGERS
1220 SOUTH MAIN AVE
DYERSBURG, TN 38024


Jerry Crisp
1032 Jack Branch Road
Robbinsville, NC 28771


Jesus Hinojosa
0
Carrollton, TX


Jimmy Gee
2411 Patterson Industrial Drive
Pflugerville, TX 78660


JJ Duffy
1115 Navalle Court
Pleasanton, CA 94566


JLH Propeties, LLC
PO Box 2666
Eugene, OR 97402


Joe Fletcher
0
Desoto, TX

Joe Kirkendoll
1418 W Jefferson blvd
los angeles, CA 90007


Joe Silva
1901 North 8th Street
Harlingen, TX 78550-4391


Joel Fischetti
223 Foxglove Dr
Hutto, TX 78634


John church
1238 Buchanan Rd
yuba city, CA 95993-6407


John Connacher
1880 Arabian Rd W
Lake Clarke Shores, FL 33406


John DeShane
409 Moscato Drive
Davenport, FL 33897


John Engels
173 Ash Lane
Kunkletown, PA 18058


John Gonzalez
15815 KINGSMOOR WAY
MIAMI LAKES, FL 33014


John Haigh
5404 Tama Dr
Waco, TX 76708

John Lavoie
5 Lemnah Drive
St Albans, VT 05478


John Meehan
4740 Kathi Drive
Bethlehem, PA 18017


John Nanoff
0
Lithia Springs, GA 30122-2840


John Scripter
4202 Shelley Ave
Colorado Springs, CO 80910


John Shump
9 Masonic Drive


JOHN TIGHE
10 ANDOVER LANE
HICKSVILLE, NY 11801


John Young
150 Creekstone Lane
London, KY 40741


John Youngs
10910 Old Dayton Road
New Lebanon, OH 45345


Jonathan Buchanan
2185 Kingswood Drive
Morristown, TN 37813

Jonathan Howaniec
82 Cadman Drive
Buffalo, NY 14221


Jonathan Sargent
302 Isaqueena Dr
Greer, SC 29651


JONG HYUK LEE
146 Division Place
Hackensack, NJ 07601


Jordan Goss
0
Chicago, IL


Joseph Allen
366 Southwest 18th Road
Miami, FL 33129


Joseph Chesek
1705 Hawthorne Street
Scranton, PA 18504


Joseph Creech
3300 Turkeyfoot Road
Edgewood, KY 41017


Joseph Phillips
315 Daniel Circle
Dothan, AL 36301


Joseph Santos
11939 Creekstone Way
Zionsville, IN 46077

Joseph Spezzano
5696 S Wild Rose Rd
Hereford, AZ 85615

josh hyatt
1100 wicomico street STE 401
Baltimore, MD 21230-2099

Josh Sebastian
315 West 2nd Street
Brenham, TX 77833

Joshua Krull
119 S. Highway 89
Linn, MO 65051

Joshua Natanael
105 E Scotland dr.
Bear, DE 19701

Joshua Pack
697 Shellbark Drive
Concord, NC 28025

Joshua Wernimont
526 Kaufmann Avenue
Dubuque, IA 52001

Justin Brown
611 Pennsylvania Avenue Southeast #221
Washington, DC 20003

Justin Derway
118 Broadway
Fort Edward, NY 12828

Justin Ferrell
5212 Alpine Drive
Cross Lanes, WV 25313


Justin Wechsler
6635 W Happy Valley Rd


Justine Hanrahan
6701 San Jose Drive
San Antonio, TX 78214


KARL MILLER
2801 Toledo Road
Elkhart, IN 46516


kassandra dixon
202 Brookview rd
wilmington, NC 28409


Kate Voorhes
191 South Winooski Ave  Unit 3
Burlington, VT 05401


Kathleen Halter
101 Bramblewood Plantation Rd
Camden, SC 29020


Kathleen Uncini
38244 Emerald Boulevard
North Branch, MN 55056


kathy travis
3842 Redman Drive
Fort Collins, CO 80524

Kayla Caffey
1838 River Dale Rd
Pfafftown, NC 27040


kayla Williams
146 Oak Avenue
Mount jackson, VA 22842


Keefer
8780 Madison Ave. , Apt. #249
Fair Oaks, CA 95628


Keith Becker
1240 Northeast Tyler Avenue
Prineille, OR 97754


Keith Carrocci
126 North Ridge Road
Mansfield, OH 44905


keith skousen
5860 Severin Drive
La Mesa, CA 91942


Kelcey Hein
Eldon Way
Minden, NV 89423


Kelly Bird
1000 North Adams Street , PO Box 506
Lancaster, WI 53813


Kelsey Stafford
19267 Aydell Lane
French Settlement, LA 70733

Ken Holderbaum
8356 NW 68th ST. 3870
Miami, FL 33166


Kenneth Ball
101 Silver Bow Lane
Dallas, GA 30157


Kenneth Bishop
1702 Championship Blvd
Franklin, TN 37064


Kenneth Caldwell
2091 Lakeridge Dr
Fayetteville, NC 28304


Kentucky Department of Revenue
501 High Street?
Frankfort, KY 40601


Kevin Hunter Sr.
140 SHERWOOD AVE
SWANSBORO, NC 28584


Kevin See
2948 Theresa Dr
Kissimmee, FL 34744-5007


Key Fire Hose Corp
PO Box 7107
Dothan, AL 36302-7107


Khoi Vu
2333 South Collins Street
Arlington, TX 76014

Kimberly Pd
242 Highway 30
Kimberly, ID 83341-1609


Kimberly Stempel
56 Pine Park Road
Berne, NY 12023


Kirk Palmatier
103 Boardwalk Street


Kissinger, Brian
Pinegrove Ave
Ballston, NY 12020


Kjell Bagge
PO BOX 1201
Winthrop, WA 98862


Kmw Specialties, Inc
PO Box 804
Tyrone, GA 30290-0804


Kochek Co
75 Highland DR
Putnam, CT 06260-3010


Komelon Corporation
PO Box 1045
Waukesha, WI 53187-1045


Kris Johnson
109 s 3rd ST
Beaver Creek, MN 56116

Kristin Ward
14360 Skyway Road
Magalia, CA 95954


Kroll International
P O Box 72529
Cleveland, OH 44192-0002


Kustom Signals Inc
PO Box 776238
Chicago, IL 60677-6238


KWIK KOPY BUSINESS CENTER/LAKE NORMAN
16630 NORTHCROSS DR, SUITE 102
HUNTERSVILLE, NC 28078


Kyker, Dick
21170 Centre Pointe Parkway , Unit 200
Santa Clarita, CA 91350


Kyle Baldwin
213 West Chestnut Street
Archer City, TX 76351


Kyle Brewer
2890 Fontainebleau Avenue Southeast
Palm Bay, FL 32909


L3 Communications/eotech Inc
1201 E Ellsworth RD
Ann Arbor, MI 48108-2420


Lacrosse / Danner
17634 NE Airport Way
Portland, OR 97230-4999

Ladder Technologies, Ltd
1722 N College Ave
Fayetteville, AR 72703-2605


Lagaria Ponder
8050 Taylor Road
Riverdale, GA 30274


Lakeland Industries
701 Koehler Ave Ste 7
Ronkonkoma, NY 11779-7403


Lakeside Plastics, Inc.
PO Box 2384
Oshkosh, WI 54903-2384


LARRY MCCLENNY
5304 Hazelwood Road
Adamsville, AL 35005


Laser Labs
454 First Parish RD
Scituate, MA 02066-3335


Laura Collins
0
Roanoke, VA 24019


LAURA TORRES
629 W Park Avenue
Hamilton, NJ 08360


Law Enforcement Supply Inc
PO Box 85
Allendale, MI 49401-0085

Law Enforcement Targets
8802 West 35 W Service Drive NE
Blaine, MN 55449


Ldi Corp.
3560 Lafayette RD Ste C Bldg 2
Portsmouth, NH 03801-6073


Leatherhead Tool CO
340 Blackhawk Park Ave
Rockford, IL 61104-5133


LEE ANN LADRIE
4910 Starcrest Dr.
Monroe, NC 28110


Leland Humphrey
0
Marietta, GA


Les Germer
201 Ellwood Street , Unit 109
San Antonio, TX 78209


Leslie Buncher
6225 san elijo
Rancho Santa Fe, CA 92067-0347


Leslie Constantine
54 Lord Avenue  Apt #1
Bayonne, NJ 07002


Leslie Cook
1324 Coventry , bld 13
Iselin, NJ 08830

Leslie Manahan
500 North Toombs Street
Valdosta, GA 31601


Liberty Uniform Mf. Co., Inc.
710 John Dodd Road
Spartanburg, SC 29303


Lightning X Products, Inc
3301 Woodpark Blvd Ste D
Charlotte, NC 28206-4206


Lightstar Corporation
4215 Mcewen RD
Dallas, TX 75244-5202


Lilia Myrick
0
Woodbridge, VA 22193


Lind Electronics Inc
14850 Deveau PL
Minnetonka, MN 55345-2125


Lion Apparel
L-3505
Columbus, OH 43260


Lisa Graham
638 Cooper Avenue
Grafton, ND 58237


Logan Walker
4629 shuksan street
Mount vernon, WA 98273

Logistics Supply
PO Box 481931
Charlotte, NC 28269-5319


Logo Dogz
4910 Starcrest DR
Monroe, NC 28110-8497


Louisiana Department of Revenue
Post Office Box 201
Baton Rouge, LA 70821-0201


Luhmann ,deanna
11 Chestnut Street
Schuylerville, NY 12871


Luke DelGrego
8 Richardson Avenue
Utica, NY 13502


Mabis/dmi/healthcare
4900 University Ave Ste 200
West Des Moines, IA 50266-6733


Madelis Vasquez
56-40 Myrtle Avenue
Ridgewood, NY 11385


Madrigrano, Daniel
1627 216th Ave
Union Grove, WI 53182


Mag Instrument Inc
20010 South Hellman Avenue
Ontario, CA 91761-1083

Maine Revenue Services
P.O. Box 9107
Augusta, ME 04332-9107


Manchester PD
200 W Fort St, Manchester
Manchester, TN 37355


Marc O'Mara
34 Beach Street
Litchfield, CT 06759


Marcus Dilworth
7018 Windy Run Court
Spring, TX 77379


Maria Perez
2147 Oxford St
Delano, CA 93215


Mario Aparecido Carvalho
78 Higt Steet
Shelton, CT 06484


Mark Carroll
118 SOUTHFORK RD
BEATTYVILLE, KY 41311-8430


Mark Dockery
109 S Maple St
Graham, NC 27253


Mark Hanson
0
Culver City, CA

Mark Maltid
267 E Redondo Beach Blvd
Gardena, CA 90248

mark molinares
120 leo pl
Lodi, NJ 07644

Mark Mullen
2719 Homestead Duquesne Road
West Mifflin, PA 15122

Marlin Mortimer
213 Wilson Ave
Hightstown, NJ 08520

Martin Gracia
13020 West Estero Lane
Litchfield Park, AZ 85340

marty moore
270 Confederate Avenue
Jasper, GA 30143

Mary Carey
20 East Street
Middleborough, MA 02346

Mary Cusack
0
Flint, MI 48503

Mason Harris
11165 California 116
Forestville, CA 95436

Matin Buncher
7069 Via Del Charro #2147
Rancho Santa Fe, CA 92067


Matsunami ,chiaki
Psc 473 Box 2
AP  INT United States


Matt Pfost
23656 NW 176th Ave
High Springs, FL 32643


Matthew Graczyk
74 Southcrest Avenue
Cheektowaga, NY 14225


Matthew Hoskin
0
Glastonbury, CT 06033


Matthew Theobald
2149 Desert View Dr
Winslow, AZ 86047


Mayes
6422 V a Del Cerrito
Rancho Murieta, CA 95683


McCarrick, Dana
66 Gould Terrace
Clifton, NJ 07013


McClure
113 Cloudcroft Dr
Wylie, TX 75098

McColl, Jamie
566 Bethlehem RD
Statesville, NC 28677-1627


McKenzie Rucker
814 Clifton Avenue
Springfield, OH 45505


MECKLENBURG COUNTY TAX COLLECTOR
PO BOX 71063
CHARLOTTE, NC 28272-1063


Medline Industries Inc
Dept CH 14400
Palatine, IL 60055-4400


Mel Noble
802 Overbrook Drive
Fort Walton Beach, FL 32547


Melanie Marquez
1N570 Gloria Avenue
West Chicago, IL 60185


Melissa Moore
215 Sw Adams Ave
Hillsboro, OR 97123


Melissa Thomas
24945 Meier rd Cabana
Calhan, CO 80808


Miceli, Christopher
209 E Ave A
Temple, TX 76501

Michael A. Autenrieth
87 Beach Road , PO Box 136
Pine Plains, NY 12567


Michael Boike
5119 County Road 209 South
Green Cove Springs, FL 32043


Michael Clowser
49480 Ehrenberg Rd
Ehrenberg, AZ 85334


Michael Delcid
119 South La Salle Street
Redlands, CA 92374


Michael Elder JR
0
Lathrop, CA


Michael Farthing
1454 Cotswold Lane
Hamilton, OH 45013


Michael Levandowski JR
0
Akron, NY


MICHAEL MURPHY
111 W DIAMOND AVE
GAITHERSBURG, MD 20877


Michael Powers
710 Mill Bay Road
Kodiak, AK 99615

Michael Ross
105 Stafford Lane
Mooresville, NC 28115


Michael Routzon
3490 Twp Rd 47
Rawson, OH 45881


Michael Shimko
1016 Grandview Avenue
Grandview Heights, OH 43212


Michael Zavolas
5102 Fairfax Drive
Lakeland, FL 33813


Michelle Brown
410 west ward bridge road
Warsaw, NC 28398


Mike Methvin
7051 Hollywood Blvd
Los angeles, CA 90028


Mike Swartz
255 North 2nd Street
St. Helens, OR 97051


Mininger , Cole
711 LA Quinta CT
Vacaville, CA 95687


Minnesota Department of Revenue
600 North Robert St.
Saint Paul, MN 55146

Mitel
28760 Network PL
Chicago, IL 60673-1287


Mocean
1635 Monrovia Ave
Costa Mesa, CA 92627-4404


Mohammad Malick
1062 West Bryn Mawr Avenue  308
Chicago, IL 60660


Mohammed Abdulhameed
8718 Grasswren Road
Richmond, TX 77407


Molina, David
2511 N. Louisiana Ave.
Weslaco, TX 78599


Moore Medical
PO Box 2620
New Britain, CT 06050-2620


Motorola
13104 Collections Center DR
Chicago, IL 60693-0001


MSA
29783 Network Place
Chicago, IL 60673-1297


N lio Nascimento Jr
19 N Akron Dr
Mountain View, CA 94035

Nadine Asma
3501 Jack Northrop Ave , Suite #XV506
Hawthorne, CA 90250


Nate Kulik
3721 Spring Valley Road
Addison, TX 75001


Nathaniel Ellis
112 W Stillwater Rd
Gaffney, SC 29341


Nathaniel Williams
127 Robinson Street
Delhi, LA 71232


Nationwide Management Liability
Attn: Claims Manager
7 World Trade Center, 37th Floor
250 Greenwich Street
New York, NY 10007


Neese Industries
P O BOX 755310
MEMPHIS, TN 38141


New Jersey Department of Revenue
50 Barrack Street, 1st
Trenton, NJ 08695


New Orleans National Historical Park
916 N Peters St,
New Orleans, LA 70116


Newcastle FD
19 Fairgrounds Rd
Newcastle, WY 82701

Nichols Cauley & Associates Llc
3550 Engineering Drive, Suite 250
Peachtree Corners, GA 30092


Nightstick
640 Sanden Blvd
Wylie, TX 75098-4922


Nite Ize, Inc.
5660 Central Ave
Boulder, CO 80301-2942


Noral Harvey
10113 Goose Pond Court
Laurel, MD 20708


North American Rescue
35 Tedwall CT
Greer, SC 29650-4791


North Carolina Dept of Revenue
501 N. Wilmington St.
Raleigh, NC 27604


North Carolina Dept OF Revenue
PO Box 25000
Raleigh, NC 27640-0100


North Dakota Department of Revenue
600 E. Boulevard Ave., Dept. 127
Bismarck, ND 58505-0599


North, Mark
828 Martin Luther King JR Blvd
Chapel Hill, NC 27514-2600

Northwest Woolen Mills
235 Singleton ST
Woonsocket, RI 02895-1832


NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017


Oakley
PO Box 740964
Los Angeles, CA 90074-0964


Objectif Lune
101 Merritt Blvd Ste 21
Trumbull, CT 06611-5450


Occunomix International Llc
3447 Solutions Center
Chicago, IL 60677-0001


Office Depot
PO Box 88040
Chicago, IL 60680-1040


Office Surplus, Inc.
13000-F South Tryon Street  PMB 126
Charlotte, NC 28278


Oladipupo Ajala
0
Oakland, CA 94605


Olivo, Jonathan
64 Dukes ST
Kearny, NJ 07032-3307

Opt. 3
Unity Manufacturing Company
Chicago, IL 60610


Oracle America Inc
15612 Collections Center DR
Chicago, IL 60693-0001


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065


Orion Safety Products
PO Box 1047
Easton, MD 21601-8919


Orville Saunders
6008 Quebec St
Berwyn Heights, MD 20740


Otis Technology
6987 Laura Street , PO Box 582
Lyons Falls, NY 13368-0582


P.o. Box 277,,,Pepin,WI,54759,,,,,,,,,,10


Pac-Kit Safety Equipment CO
57 Chestnut ST
Norwalk, CT 06854-3622


Palm Beach Shores PD
951 Old Okeechobee RD. Suite D
Palm Beach Shores, FL 33401

Palmetto Zabaleta
3100 47th Avenue , Suite 3100
Long Island City, NY 11101


Paul Alden
0
Hanover, MA


Paul Gayle
65 High Ridge Road , Suite 344
Stamford, CT 06905


Paul Hawk
882 Madison Avenue
Chillicothe, OH 45601


Paula Claunch
356 N. Belknap
Stephenville, TX 76401


Paulson Manufacturing Corp
46752 Rainbow Canyon RD
Temecula, CA 92592


Peerless Handcuff CO
181 Doty Cir
West Springfield, MA 01089-1309


Pelican
PO Box 848867
Los Angeles, CA 90084-8867


Pennsylvania Dept of Revenue
PO Box 280905
Harrisburg, PA 17128

Pepper Hamilton LLP,3000 Two Logan Squar


Perfect Fit/shield Wallets Inc
PO Box 439
Corinna, ME 04928-0439


Pete Barrera
2414 West Martin Street
San Antonio, TX 78207


Peter Quinn
100 Morrison Hill Road
Davidson, NC 28036


Peter Ruskiewicz
2430 mary street lot 58
marinette, WI 54134


Petzl America
PO Box 413039
Salt Lake City, UT 84141-3039


PF Distribution Center, Inc
1500 E Hamilton Ave Ste 112
Campbell, CA 95008-0834


PGI
PO Box 307
Green Lake, WI 54941


Phoenix International
20860 Heather View Drive
Brookfield, WI 53045-4528

PIEDMONT NATIONAL CORPORATION
PO BOX 890938
CHARLOTTE, NC 28289-0938


PIEDMONT NATURAL GAS 5002968656003
P O BOX 1246
CHARLOTTE, NC 28201-1246


Pipe Spring Natl Monument
406 N Pipe Spring Rd
Fredonia, AZ 86022


Pitney Bowes Global Financial Servic
PO Box 371887
Pittsburgh, PA 15250-7887


Pleasantville PD
17 N 1st St.
Pleasantville, NJ 08232


Portrait Studio LLC
2101 Cambrdige Beltway Drive , Suite C
Charlotte, NC 28273


Power Products
2170 Brandon Trl
Alpharetta, GA 30004-8457


Premier Emblem
2111 West Ave
San Antonio, TX 78201-2822


Presco Products
PO Box 650823
Dallas, TX 75265-0823

Preston Lindsay
2210 Gum Creek Church Road
Loganville, GA 30052


Price, Chester
501 San Ricardo CT
Greenwood, IN 46142


Pro Gard Products Llc
9650 E 148th ST
Noblesville, IN 46060-4328


Prologis
1800 Wazee Street, Suite 500
Denver, CO 80202


Propper
PO Box 952395
Saint Louis, MO 63195-2395


Public Safety Supply Resources Holdings
1460 Main Street, Suite 200
Southlake, TX 76092


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


PUT IN BAY POLICE DEPARTMENT
431 Catawba Avenue
Put-in-Bay, OH 43456


Rachel Harner
0
Kennesaw, GA 30144-1302

Rachel Klay
2829 Allard Lane
Vienna, VA 22180


Radians
124 Sunrise Center DR
Thomasville, NC 27360-4900


Ralph Durham
1289 Banbury Road
Mundelein, IL 60060


Ramirez, Jason
1501 Lexington Ave. 3B
New York, NY 10029


Randall Streicher
3902 Gatwick Drive
Troy, MI 48083


RANGER CONSTRUCTION COMPANY
4240 MORRIS FIELD DRIVE
CHARLOTTE, NC 28208


Raul Diaz
65811 Desert View Avenue
Desert Hot Springs, CA 92240


ravi gokool
85-05 112th Street
Queens, NY 11418


Rawls, Cathy
6300 Shakespeare RD
Columbia, SC 29223

Ray Dobbins
20 1/2 West Walnut
Stilwell, OK 74960


Raymond Meschnark
38018 North 15th Avenue
Phoenix, AZ 85086


Rebecca Stechmann
2309 Charles Dr
Chalmette, LA 70043


Reebok Boots / Warson Group
PO Box 841140
Kansas City, MO 64184-1140


Reflective Apparel Factory
1649 Sands PL SE Ste J
Marietta, GA 30067-8787


Regal Software
555 N Point Ctr E FL 4
Alpharetta, GA 30022-8269


Reginald Griffin
2108 Stone Pasture RD
Fuquay Varina, NC 27526-5456


Reid, Paul
3161 Negaunee Trail
North St., MI 48049


Rein Vilumaa
6804 Northeast 79th Court
Portland, OR 97218

Rena Hopkins
P.o.box 42647
Evergreen Park, IL 60805


RENEE ARLT
5740 Floy Drive
Lakeland, FL 33810


Renville Sheriff Scott Hable
105 S 5th ST Ste 210
Olivia, MN 56277-1376


REPUBLIC SERVICES #742 3-0742-0075552
PO BOX 9001099
LOUISVILLE, KY 40290-1099


Rhonda Wingo , AD Concepts
PO Box 200896
Pittsburgh, PA 15251-0896


Richaard Morefield
9494 Raymond Cobb Road
Lauderdale, MS 39335


Richard Butler
1 Bushel Rd
Plainville, CT 06062


Richard Martinez
434 Lone Hill Road
Espa ola, NM 87532


Richard Sebring
16639 Paula Road
Madera, CA 93636

Richard Yeomans
27921 calle Arroyo
San Juan Capistrano, CA 92675


Richard Zack


RICOH USA, INC.
P. O. BOX 827577
PHILADELPHIA, PA 19182-7577


Riley, Colin
1611 Weston ST
LA Crosse, WI 54601


Ring's Manufacturing
99 East DR
Melbourne, FL 32904-1024


Ringers Gloves
8846 N Sam Houston Pkwy W Ste 110
Houston, TX 77064-2305


Robert Blakely
0
Nokomis, FL


Robert Brown
8356 NW 68th ST
Miami, FL 33166


Robert Cummings
0
Dickinson, ND 58601

Robert Herbst
12312 Fm 777
Jasper, TX 75951-7368


Robert King
44 Doe Drive
Silver Lake, NH 03875


Robert Milton
0
Paris, TX 75460


Robert Plummer
105 STAGGS COURT
PORTLAND, TN 37148


Robert Rose
2384 Daniel Road
Dexter, GA 31019


Robert Troy
4340 Roth Farm Village Circle
Mechanicsburg, PA 17050


Robinson, Dustin
7603 Sun Prairie DR
Colorado Springs, CO 80925


Rocky Shoes And Boots Inc
39 E Canal ST
Nelsonville, OH 45764-1247


Rodderick Spence
1006 east depot street
meigs, GA 31765

Roger Cummings
2719 Grand Canyon Drive
Houston, TX 77067


Roger Dixon
0
Kingman, AZ


Ron Hale
0
Huntersville, NC


Ronald Dye
306 Merton Ct
Goose Creek, SC 29445


Ronald Fils
93-33 218th Street
Queens village, NY 11428


Ronald Harmon
10 West 33rd Street
Savannah, GA 31401


Ronald Marsh
1393 Brighton Ave
Myrtle Beach, SC 29588


Ronaldo Barrera
0
Laredo, TX


Rong Fang
281 SERENA WAY
SANTA CLARA, CA 95051

ROSCOE PARR
4312 River Oaks Drive
Killeen, TX 74543


Rothco
P O Box 986
Smithtown, NY 11787


Roy Doondoon
13251 77th Pl N
West Palm Beach, FL 33412


Roy Ruiz
1403 Richmond Road
Santa Paula, CA 93060


ROYAL REFUSE SERVICE, INC.
PO BOX 2312
EUGENE, OR 97402-0073


Royle Scott
133 Aberdeen Road, Apt 10
Aberdeen, NJ 07747


RR Piccione
179 apple packer road
Martinsburg, PA 16662


Rrds, Inc
0
Irvine, CA


Rudisell Ramonita
520 North Sampson Avenue
DYERSBURG, TN 38024

Russell Crabtree
1040 Powell Taylor Road
Lawrenceburg, KY 40342


Russell Douthat
8688 Heather Court
Superior Charter Township, MI 48198


Ruth Clark
6200 Canyon Falls Drive  Suite 300
Flower Mound, TX 76226


Ryan Babcock
8612 Tiona street
Philadelphia, PA 19128


Ryan Barsuch
3058 Mohawk Street
Sauquoit, NY 13456


Ryan Howell
0
Franklin, TN 37064


RYAN PETTENGER
306 S Hennepin Ave
Dixon, IL 61021-3020


Ryan Santiago
1221 Manzana Way
San Diego, CA 92139


Ryan Watts
4725 Thurlby rd
Mason, MI 48854

S&H Products Inc
P.O. BOX 75490
CHICAGO, IL 60675-5490


S. Lichtenstein
60 Division Avenue , 5-A
Brooklyn, NY 11249


Saalfeld - Suwanee
PO Box 849089
Dallas, TX 75284-9089


Saenz, Enrique
131 CR 473
Alice, TX 78332


Safariland Llc
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - American Body Armor
13386 International Pkwy
Jacksonville, FL 32218-2383


Safariland Llc - Bianchi Int
P O Box 9015
Tremecula, CA 92589-9015


Safariland Llc - Break-free
13386 International Pkwy
Jacksonville, FL 32218-2383


Safariland Llc - Defense Tech Corp
PO Box 406351
Atlanta, GA 30384-6351

```
Safariland Llc - Forensics Source
13386 International Pkwy
Jacksonville, FL 32218-2383


Safariland Llc - Hatch Gloves & Acc
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - Kleen-bore
13386 International Pkwy
Jacksonville, FL 32218-2383


Safariland Llc - Monadnock
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - Protech Armor
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - Safariland Ltd Inc
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - Second Chance BA
PO Box 406351
Atlanta, GA 30384-6351


Safariland Llc - Tci
PO Box 406351
Atlanta, GA 30384-6351


Sahadeo George
8401 NW 17th St Dept #43-4757
Miami, FL 33191-1005
```

Salome Cardenas
11407 SW Amu St
Tualatin, OR 97062


Samuel Boyd
624 Lafayette Drive
Clairton, PA 15025


samuel dean
1312 east beloit
SALINA, KS 67401


San Mar
PO Box 643693
Cincinnati, OH 45264-3693


Sandra Montre
0
Salina, KS 67401


Sanjo Sabu
6726 East Elmwood Street
Mesa, AZ 85205


Santa Cruz Associates Ltd
450 Tyler RD
Webster, NH 03303-7738


Sanzo
1804 Cedar Crest Lane
Suffolk, VA 23436


Sarah Poppe
34 West 27th Street, Floor 10
New York, NY 10001

Saramarie , Akron Brass
PO Box 86
Wooster, OH 44691-0086


Saunders Mfg & Marketing Inc
65 Nickerson Hill RD
Readfield, ME 04355-3924


SB Parks
30 West Dale Street
Colorado Springs, CO 80903


SCA TRANSACTION SERVICES
3128 Walton Blvd., Suite 185
Rochester Hills, MI 48309


Scheper, John
2270 West Morton
Jacksonville, IL 62650


scott barton
8622 Maltby Road
Brighton, MI 48116


Scott Estrada
2190 Main St
San Diego, CA 92113


Scott Grajewski
1996 W. Parnall Road
Jackson, MI 49201


Scott Hanson
W7655 165th Ave
Hager City, WI 54014

Scott Rosenbaum
117 Crescent Street
Auburndale, MA 02466

Scott Royle
133 Aberdeen Rd Apt 10
Aberdeen, NJ 07747

SCOTT STUBER
200 N MAIN ST
WESTBY, WI 54667

Seco
PO Box 206704
Dallas, TX 75320-6704

Sellmark Corp
2201 Heritage Pkwy
Mansfield, TX 76063-5628

Sempermed Usa, Inc
13900 49th ST N
Clearwater, FL 33762-3739

SERVICEMASTER BUILDING MAINTENANCE CORP
PO BOX 2458
DAVIDSON, NC 28036

Setina
2926 Yelm Hwy SE
Olympia, WA 98501-4832

Severo Torres
2003 West Adams Avenue
El Centro, CA 92243

Shannon Davis
16064 N Saint Vrain Dr.
Lyons, CO 80540


Sharon Davenport
0
Kitty Hawk, NC 27949-2319


Shawn Barkley
245 8th Ave
New York, NY 10011


Shelby Specialty Gloves
3035 Centre Oak Way Ste 102
Germantown, TN 38138-6304


Shellback Tactical
208 Candi Ln
Columbia, SC 29210


Sheriff John D. Merchant
709 Utah
Hiawatha, KS 66434


Sheriff Travis Collins
602 Adams Ave
Hettinger, ND 58639-1040


Shirley Warren
1413 Hill Street
Homer, LA 71040


Shopify, Inc.
150 Elgin St.
Ottawa, Ontario K2P 1L4
Canada

Simulaids Inc
PO Box 1289
Saugerties, NY 12477-8289


Singleton, Chad
3362 Frog Level RD
Greenville, NC 27834-8595


Sirchie/premier Crown Corp
100 Hunter PL
Youngsville, NC 27596-9447


Slokenbergs, Andris
245 W. Roosevelt Rd. Building 9, Suite 6
West Chicago, IL 60185


Smith & Warren CO
127 Oakley Ave
White Plains, NY 10601-3903


Smith, Ben
6017 St. Andrews Road
Columbia, SC 29212


Smith, Paul
519 Union Ave.
Salmon, ID 83467


Socal Emblem Inc
639 Ulfinian Way
Martinez, CA 94553-2734


Sokkia Topcon CO Ltd
PO Box 122527
Dallas, TX 75312-0001

Solano County Probation Department
475 Union Ave
Fairfield, CA 94533


Soundoff Signal
PO Box 206
Hudsonville, MI 49426-0206


SOUTH FORK COFFEE & WATER CO
134 GRIMES STREET #6
EUGENE, OR 97402


SOUTH MOUNTAIN STATE PARK
3001 SOUTH MOUNTAIN PARK AVE
CONNELLY SPRINGS, NC 28612


Sparks Police Dept
PO Box 899
Sparks, GA 31647-0899


STABLENET
1850 E. 3rd STREET, STE 230
CHARLOTTE, NC 28204


Stacey Serra
6126 US-15 501 Highway
Carthage, NC 28327


Stanly Cso
223 S 2nd ST
Albemarle, NC 28001-5701


Star Headlight & Lantern CO Inc
455 Rochester ST # 12
Avon, NY 14414-9503

Ste A104-458,,,Glendale,AZ,85310,,,,,,,,

Ste S7-134922,,,Saddle Brook,NJ,7663,,,,

Steiner Optics
920 54th Ave Ste 200
Greeley, CO 80634-4403

Stephanie Rawlins
122 Wind Ridge Dr.
Harker Heights, TX 76548

Stephen Lewis
221 Summit Trail
Broomfield, CO 80020

Stephen Mcpheeters
2923 Se 5th Terr
Ocala, FL 34471

Stephens, Brandon
3508 Gardner Park Dr
Gastonia, NC 28054

Steve Given
1267 Fellows Street
St.Charles, IL 60174

Steve Owens
240 Anderson Road
Fleming, OH 45729

Steven Bart
620 Kentucky Ave.
Plainfield, IN 46168


Steven Grant
0
North Yarmouth


Steven Hopkins
424 Greenwood Drive
Muscatine, IA 52761


Steven Meyers
133 WIMBLEDON LANE
OWINGS MIILS, MD 21117


Steven Staniech
1130 California Avenue
White Oak, PA 15131


Stoffel
16036 Collection Center Drive
Chicago, IL 60693-0160


Streamlight
30 Eagleville RD
Eagleville, PA 19403-1476


Strong Leather CO
PO Box 1195
Gloucester, MA 01931-1195


Suite 900 ,,,Chicago,IL,60602,,,,,,,,,3
802.18

Sumter, Eric
342 San Juan Dr.
Modesto, CA 95354


Super Seer Corporation
3989 Evergreen Parkway
Evergreen, CO 80439


Sure Tape Industries
1506 Highland Ave NE
Hickory, NC 28601-5302


SureWerx USA, Inc.
P.O. Box 71137
Chicago, IL 60694-1137


Susan Whitesel
23180 Adams Road
South Bend, IN 46628


Suwoto, Peny
620 Centerpoint Blvd  Suite B9921
New Castle, DE 19720


Szatkowski, Brett
55 Fine Road
High Bridge, NJ 08829


Tact Squad
250 Benjamin DR
Corona, CA 92879-6508


Tan
6733 Jasmine Court
Chino, CA 91710

Task Force Tips
3701 Innovation Way
Valparaiso, IN 46383


Taylo Snyder
56 Greenwood Acres Drive
Mills River, NC 28759


TAYLOR C.I. - Sgt. Crites
8501 Hampton Springs Road
Perry, FL 32348


Taylor Stuart
3356 Adell Drive
Urbana, OH 43078


TCN: FB56828271Y010XXX
2001 NORMANY DR DOOR 135-168
NEW CUMBERLAND, PA 17070


Ted Passalacqua
826 West Shore Drive
Kinnelon, NJ 07405


Ted PEMBERTON
15171 S HIGHWAY 83
NORTH PLATTE, NE 69101-8981


Tempest Technology
4708 N Blythe Ave
Fresno, CA 93722-3930


The Ear Phone Connection
25139 Avenue Stanford
Valencia, CA 91355-1227

```
THE EMPLOYERS ASSOCIATION
3020 W. ARROWOOD ROAD
CHARLPTTE, NC 28273


The Original Footwear Company
4213 Technology DR
Modesto, CA 95356-9480


Thomas Frey
233 East High Street
Elizabethtown, PA 17022


Thomas Morgan
1925 Sheplar Drive
South Park, PA 15129


Thomas Rivers
0
Pageland, SC


Tiffany Willoughby
311 Pinecrest Avenue , Apartment B
Roanoke Rapids, NC 27870


Tim Catron
55 North Main Street
Monticello, KY 42633


Tim LANCASTER
100 NorthPointe Ln
Danville, VA 24540


Tim Teloh
24 West Stephen Drive
Newark, DE 19713
```

Tim Zeitz
3264 Crescent Drive Northeast
Warren, OH 44483


TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC 28272-0872


timmy khalil
226 Dunhams Corner Road
East Brunswick, NJ 08816


Timothy Clark
465 East Ave
Athens, MI 49011


Timothy Crowley
0
Gardner, MA 01440


Tina Spakoski
0
Glenmont, NY 12077


Titus, Richard
60 Hawley ST
Binghamton, NY 13902


TJ Jansma
3123 34th st
HOPKINS, MI 49328


Todd Kuykendall
1701 Apron Drive
Big Spring, TX 79720

```
TODD SUMMERS
12 Main Street
SPERRYVILLE, VA 22740


Tom Sutherland
7101 Del Rico ct.
Palo Cedro, CA 96073


Tom Van Den Eeden
3681 Golden Prairie Ave.
Rockford, IL 61109


Tomi Tanaka
7911 NE 33rd dr. #240
portland, OR 97211


Tony Durant
7331 Utica St
Westminster, CO 80030


TONY JONES
843 BRIGHTSEAT ROAD
LANDOVER, MD 20785


Tony Pletcher
205 Dickinson Drive
Lewisville, TX 75077


Total Fire Group
1 Innovation CT
Dayton, OH 45414-3967


Town OF Pine Knoll Shores
100 Municipal Circle
Pine Knoll Shores, NC 28512
```

Town of Pocahontas Fire Dept.
PO BOX 128
POCAHONTAS, VA 24635


Tracer Llc
5729 Main ST Ste 173
Springfield, OR 97478-5426


Training Division
43565 Elizabeth
Mt. Clemens, MI 48043


Travis Twigg
11401 3rd ave se # Z7
Everett, WA 98208


Trempealeau PD
24455 3rd ST
Trempealeau, WI 54661-9155


Tri-Tech Forensics, Inc.
8770 Trade Street
Leland, NC 28451


Triumph Systems
710 N Tucker Blvd Ste 315a
Saint Louis, MO 63101-1150


Troy Kearse
5454 Vinings Lake Way Southwest
Mableton, GA 30126


Troy Mauer
8503 77 Avenue Northwest
Edmonton AB T6C 0L5 Canada, 0

Troy Products
1026 S Vail Ave
Montebello, CA 90640-6020


Truman
6132 Catalina Street
Fairway, KS 66205


TSA
1085 MORRIS AVE, 2ND FLOOR
UNION, NJ 07083


Tucker McCumber
0
Spooner, WI


Turner, Tribbie
4308 Colindale Road , Unit #106
Chesapeake, VA 23321


Turtle Plastics
PO Box 33
Amherst, OH 44001-0033


Tuttle, Trevor
115 W. Logan St.
Sterling, CO 80751


Ty Posson
6998 Kiva Way
Gulf Shores, AL 36542


Umbc PD
1000 Hilltop Cir
Baltimore, MD 21250-0001

Under Armour
PO Box 791022
Baltimore, MD 21279-1022


Unit 1E,,,Elk Grove Village,IL,60007,,,,


United Shield International
1462 International Drive
Traverse City, MI 49686


United States Penitentiary
PO Box 2099
Pollock, LA 71467-2099


University OF South FL PD
4202 East Fowler Avenue
Tampa, FL 33620-8750


Ups Freight
PO Box 650690
Dallas, TX 75265-0690


US Army Fort Leonarwood
13635 SOUTH DAKOTA AVE
FORT LEONARD WOOD, MO 65473


US Army Fort Sill Police Department
1649 Randolph Road
Fort Sill, OK 73503


US MARSHALS SERVICE
450 Golden Gate Ave
San Francisco, CA 94102

V H Blackinton & CO Inc
P O Box 1300
Attleboro Falls, MA 02763-0300


VA Medical Center Memphis
1030 Jefferson Ave
Memphis, TN 38104-2127


Van Perryman
0
Heartland, TX 75126


Vann Tate
PO Box 922
Toast, NC 27049


Varone, J. Curtis
55 Azalea Ave
Exeter, RI 02822


Vendy Angkasa
8356 NW 68th ST.
MIAMI, FL 33166


Veronica Brown Gustavson
98 Antigua Court
Coronado, CA 92118


VERONICA HUNT
421 S Main St
Fairmont, NC 28340-1907


Vertx
4545 Malsbary RD
Blue Ash, OH 45242-5624

VF Imagewear
PO Box 640396
Pittsburgh, PA 15264-0396


Victor Fredirk
8534 Terminal Road
Lorton, VA 22079


VICTORIA BOLDUC
11619 Summit Rock Court
Parrish, FL 34219


Visual Image Systems
1808 Laser LN
Louisville, KY 40299-1914


Vito Galatioto
Truesdale Place
Yonkers, NY 10705


Voodoo Tactical - Major Surplus
435 W Alondra Blvd
Gardena, CA 90248-2424


Vortex Security-Tampa
185 E Indiantown Road #117
Jupiter, FL 33477


Wade Stitt
612 East 18th Street
Ashtabula, OH 44004


Washington Department of Revenue
2101 4th Ave Suite 1400
Seattle, WA 98121

Wayland Griffin
2303 Maedell Drive
Killeen, TX 76542


Webster Innovations
PO Box 7337
Phoenix, AZ 85011-7337


Weinbrenner Shoe Company
108 S Polk ST
Merrill, WI 54452


Wendi Gatlin
565 Air Tool Drive  Suite K
Southern Pines, NC 28387


West Seneca Fire District 4
1250 Union Road
West Seneca, NY 14224


Whelen Engineering Company Inc
51 Winthrop RD
Chester, CT 06412-1036


White
1955 Cedar Park Drive North
Point Roberts, WA 98281


WHITE OAK COMMERCIAL FINANCE, LLC
PO BOX 100895
ATLANTA, GA 30384-4174


Widener, Milton
13112 Main Street
Williston, SC 29853

Widika, Rama
2505 Lancaster Ave
Wilmington, DE 19805


Wiji Mulyono
95 Mayhill Street


wiley thompson
19 pine mtn Road
grand marais, MN 55604


William Alexander
0
Essex, MD 21221


William Bonney
10059 Hidden Branch Drive East
Jacksonville, FL 32257


William Golden
31 Carolina Oaks Avenue
Smithfield, NC 27577


William Hyde
8491 Rothchild Road
Germantown, TN 38139


William Pummill
0
Iron Mountain, MI 49801


William Vogel
123 Alder Street
West Babylon, NY 11704

William Warren
1059 68th Street
South Haven, MI 49090-9664


Wilson, George
8349 Shallow Creek CT
New Port Richey, FL 34653-7020


Wingrove, Matt
17139 Brockport Holley Rd.
Holley, NY 14470


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Wolf Peak Eyewear
PO Box 845
Layton, UT 84041-0845


Wolfe, Chuck
7326 NE 47th ST
Kansas City, MO 64117-1461


Woodard, Dougy
400 Grand Avenue
Platteville, CO 80651


Wpromote Llc
PO Box 1559
EL Segundo, CA 90245-6559


Wright, Tim
725-1 Juniper Rd.
Valparaiso, IN 46385

Wyoming Department of Revenue
122 West 25th Street, 3rd Floor East
Cheyenne, WY 82002-0110


Xin dong
3580 Raven Street
Levittown, NY 11756


Yan Wang
7905 Blaney Franks Road
Apex, NC 27539


Youtz
4774 Jasper Road
Emmaus, PA 18049


Yvonne Lane
25 West Grady Street
Statesboro, GA 30458


Z-Medica Llc
P.O. BOX 412344
Boston, MA 02241-2344


Zachary Freiwald
1180 J Street
Crescent City, CA 95531


Zak Tools
PO Box 1430
Lebec, CA 93243-1430


ZMAGS, Inc.
332 Congress Street
2nd Floor
Boston, MA 02210

Zucker, Joshua
15010 71st Ave Apt 2F
Flushing, NY 11367